# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PUBLIC EMPLOYEES FOR | ) | |
| ENVIRONMENTAL RESPONSIBILITY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action # 14-1150 (JDB) |
| | ) | |
| U.S. FISH AND WILDLIFE SERVICE | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME

The parties have discussed the status of this case and submit this joint motion for enlargement of time to file the proposed briefing schedule.

Defendant U.S. Fish and Wildlife Service has worked cooperatively with Plaintiff to identify and provide multiple batches of additional documents responsive to Plaintiff's FOIA request, but Defendant has not yet transmitted all of its responsive records. Defendant anticipates that within three weeks it will have provided Plaintiff with all remaining documents and an updated *Vaughn* index.

Thus, the parties suggest that on or before June 24, 2015, they file a proposed briefing schedule for any issues remaining in need of this Court's resolution.  This extension is warranted because the parties are working together to resolve the dispute and do not seek an extension for the purpose of delay.

Respectfully submitted on May 27, 2015,

___/s/_____
PAULA N. DINERSTEIN, DC Bar #333971

Senior Counsel, Public Employees for Environmental Responsibility
2000 P Street, N.W., Suite 240
Washington, D.C. 20036
Phone: (202) 265-7337
pdinerstein@peer.org

***Counsel for Plaintiff***


VINCENT H. COHEN, JR. D.C. BAR # 471489
Acting United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division


   __/s/_____
MARINA UTGOFF BRASWELL., D.C. Bar #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street NW
Washington DC 20530
(202) 252-2561
marina.braswell@usdoj.gov

***Counsel for Defendant***